[Nos. 28392-8-I; 30169-1-I. Division One. October 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEVEZ JOHNSON, *Appellant.*

*In the Matter of the Personal Restraint of* CHEVEZ JOHNSON, *Petitioner.*

By an order of the Court of Appeals March 31, 1993, the opinion in the above captioned case which appears in the advance sheets at 67 Wn. App. 567-72 has been withdrawn.

---

[5]RAP 10.3(c).